Chief Justice          Court of Appeals          Clerk
Josh R. Morriss, III   Sixth Appellate District  Debra K. Autrey
Justice                State of Texas             Bi-State Justice Building
Bailey C. Moseley      RECEIVED IN                100 North State line Au. #20
                       The Court of Appeals
                       Sixth District
Ralph K. Burgess                                  Texarkana, Texas 75501
                       NOV 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

November 9, 2015

RE: Appeallate Case Number: 06-15-00063 + 06-15-00068-CR

FILED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Trial Court Case Number: 10,920 CR + 10,976 CR.

Style: Desmond Juwon Woods

V.

The State of Texas

The Defendant Desmond Juwon Woods entered on this date a Motion to Reconsideration of Bond Pending Appeal.

## I.

The Court of Appeal overruled my Motion of Pro Se Bond Pending Appeal because of "dual" hybrid representation. The Defendant Attorney Ebb B. Mobley has refused to file such motion. Also the Defendant Attorney Ebb B. Mobley is not entittled to file such motion because the Defendant is Indigent. Since the Defendant is indigent he is entittled to represent his self on his Motion of Pro Se Bail Pending Appeal.

## II

The Defendant is entitled to a Bail Pending Appeal by Texas Penal Code 44.04. The Defendant has a non violate crime and he's sentence is under 10 years of imprisonment. The Defendant is asking for a bail at original set bail at 10% because he has been incarcerated over 6 months.

## III

I Desmond Woods is asking the Court of Appeal to please consider the Motion of ProSe of Bail Pending Appeal because Ineffective Counsel, and Prosecutorial Vindictiveness, if I have a chance to even seek Justice I must be able to get my own paid Attorney. Attorney Ebb B. Mobley has refused to file for Motion of Bail Pending Appeal and filed my Brief on October 30, 2015 without letting me know what erros he has found in the Court transcript a even send me a copy of the Brief. I the Defendant has been locked up a total of 401 days on my case, 201 days as of this year of 2015 and my lawyer has yet to file for my Appeal Bond. He has stated that if I want a Appeal Bond that I will have to pay a Attorney because he's not going to file for the said Motion.

### Prayer:

I the Defendant Desmond Juwon Woods is praying that the Court of Appeal with grant said motion. He fall upon the Court to have mercy and grant his Motion of Bail Pending Appeal in order to seek Justice for the ineffective counsel and prosectorial vindictiveness of the DA Steven Cowan and his Attorneys Jerry Pratt and Ebb B. Mobley. Thank You

Respectfully submitted
by Desmond Juwon Woods,

Dear Chief Justice Josh R. Morriss, III

I the Defendant Qesmond Juwon Woods is asking the Courts to please send me a copy of my brief because my lawyer has refuse to send me a copy he's told my family that he filed the brief on October 30, 2015 that he sent me and my family a copy and It November 9, 2015 and I have yet to recieve a copy and he has not Amended my own error that I have found that I wanted him to put in my brief. I pray that the Courts will consider my cry for help my Lawyer Ebb.B Mobley have tied my hands on whatever motion that I would want to file because of hybrid representation my attorney has tie my hand in trying to help represent myself in the injustice my trial attorney Jerry Pratt Jr done I'm asking the Courts to please look closer in my case please because the has been a completely injustice in the entire court system in Morris County, TX. Please hear my cry for help

Thank You

respectfully submitted
Qesmond Juwon Woods